David W. Tufts (SBN 180817)
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
david.tufts@dentons.com

Jae Kyun Park (SBN 234474)
DENTONS US LLP
4655 Executive Drive, Ste 700
San Diego, CA 92121
Telephone: (619) 236-1414
Facsimile: (619) 232-8311
jae.park@dentons.com

*Attorneys for Genasys Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENASYS INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> VECTOR ACOUSTICS, LLC, a Delaware limited liability company; HERNAN FREDERICK LOPEZ, an individual; MARCEL NAUJOK, an individual; and DOES 1 through 10, <br><br> Defendants. | **Case No.:**  '22CV152  TWR BLM <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** <br><br> 1. **Breach of Contract (Lopez)** <br> 2. **Breach of Contract (Naujok)** <br> 3. **Violation of Cal. Civ. Code § 3426 et seq.** <br> 4. **Violation of 18 U.S.C. § 1836, et seq.** <br> 5. **Unjust Enrichment** <br> 6. **Violation of Cal. Bus. & Prof. Code § 17200, et seq.** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Genasys Inc. ("Genasys") hereby complains against the above-captioned defendants as follows:

## PARTIES, JURISDICTION, AND VENUE

1.     Genasys is a Delaware corporation that is registered to do business in California.

2.     Before changing its name to "Genasys Inc." in January of 2020, Genasys was originally named "American Technology Corporation" and then "LRAD Corporation."

3.     On information and belief, Hernan Frederick Lopez ("Lopez") is a resident of California.

4.     On information and belief, Marcel Naujok ("Naujok") is a resident of Texas.

5.     Naujok agreed that any controversy or claim arising out of or relating to the agreements addressed herein would be adjudicated in San Diego, California.

6.     Vector Acoustics, LLC ("Vector Acoustics") is a Delaware limited liability company that is registered to do business in California and, on information and belief, has a principle place of business in San Diego County.

7.     Plaintiff does not know the true names and capacities of defendants sued herein as Does 1 through 10, inclusive and therefore sues such defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained.

8.     As a case arising, in part, under the Defend Trade Secrets Act (18 U.S.C. § 1836, et seq.), this Court has jurisdiction to hear this case under 28 U.S.C. § 1331 and venue is proper.

## GENERAL ALLEGATIONS

9.     Genasys is a leader in the Acoustic Hailing Device Industry ("AHD Industry") and develops and manufactures large-scale communication systems such as emergency warning systems and public safety mass notification systems that are used by various governmental and commercial organizations throughout the world.

10.     Among Genasys' products are line array loudspeakers for outdoor warning systems and acoustic hailing devices for long-range communication,

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

examples of which are shown as Exhibit A. These products, as well as other products manufactured by Genasys are herein referred to as "Legitimate Genasys Products."

## Genasys' Product Development

11.    Genasys is constantly innovating and further developing the Legitimate Genasys Products to better serve its customers and maintain its advantage over competitors.

12.    In order to further its product development goals, Genasys maintains a robust engineering department staffed by highly qualified and talented individuals who work hand-in-hand with Genasys' business development department to bring high quality products to market.

13.    Members of the engineering and business development departments regularly hold confidential product development meetings in which various design improvements to the Legitimate Genasys Products are proposed and discussed ("Confidential Products Development Meetings").

14.    In order to protect its interests with respect to innovation and development, Genasys requires both its engineering employees and its business development employees to sign a Proprietary Information and Inventions Agreement and other employment agreements ("Agreements") that require employees to promptly disclose complete information concerning each and every invention (including a new contribution, concept, idea, development, formula, composition, technique, machine and improvement thereof, or know-how related thereto), discovery, improvement, device, design, apparatus, practice, process, method or product made, developed, perfected, devised, conceived or first reduced to practice by them, either solely or in collaboration with others, during the period of their employment by Genasys, and up to and including a period of one (1) year after termination of employment that relates to the business, products, practices or

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

techniques of Genasys, or to Genasys' actual or demonstrably anticipated research or development, or resulting from any work performed by them for Genasys.

15.    Moreover, in executing the Agreements, employees agree that any and all Inventions made, developed, perfected, devised, conceived or reduced to practice by the employee during the period of employment and any other Inventions made, developed, perfected, devised, conceived or reduced to practice by them during the period of one (1) year after termination of their employment, relating directly or indirectly to the business, products, practices or techniques of Genasys or Genasys' actual or demonstrably anticipated research or development, or resulting from any work performed by them for Genasys, are the sole property of Genasys, and they assigned any and all right title and interest in and to any and all such Inventions to Genasys.

16.    The Agreements provide for the recovery of attorneys' fees and costs incurred in any controversy or claim arising out of or relating to the Agreements or the breach thereof, which results in a legal action, proceeding or arbitration.

17.    The Agreements further provide that if any employees violate any of the provisions of Proprietary Information and Inventions Agreement for Employees, Genasys shall be entitled to, in addition to other remedies available to it, an injunction to be issued by any court of competent jurisdiction restraining them from committing or continuing any violation of the agreement, without being required to post a bond or other security, or any other undertaking, including, without limitation, proving the inadequacy of the available remedies at law.

**Genasys' Customer Data**

18.    Genasys regularly meets with customers to discuss client needs. Moreover, with respect to governmental clients that must undergo various reviews in order to maintain funding, Genasys often participates in highly restricted

governmental programmatic reviews related to current uses of the Legitimate Genasys Products.

19.    In these confidential settings, clients share important information regarding their industry needs ("Confidential Client Data").

20.    Genasys is under various ethical and legal requirements to protect the Confidential Client Data.

21.    In addition, the Confidential Client Data provides Genasys with the ability to closely tailor the Legitimate Genasys Products to the current demands of its clients and thereby provides Genasys with a competitive advantage vis-a-vis its competitors, which advantage holds significant independent value.

22.    In order to protect the Confidential Client Data, Genasys limits access to Confidential Client Data and, as part of the Agreements, requires its employees to hold "customer information" and information relating to "the business, products, practices and techniques" of its clients in the strictest confidence and not to use, publish, or disclose such information without Genasys' Board of Directors written authorization.

### Genasys' Customer Network

23.    Over the years, Genasys has developed an intricate network of customers throughout the world that consists of both resellers and end users of Legitimate Genasys Products (Genasys' "Customers"). This network, and the tangible manifestation of this network in the form of customer and prospective customer lists and contact information ("Customer Network"), holds significant independent value by providing an effective business and marketing program that is not available to others in the AHD Industry.

24.    Genasys carefully guards against disclosure of its Customer Network through, for instance, requiring that as part of the Agreements, employees hold in the strictest confidence, and not use, publish, or disclose without written authorization of

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

the Board of Directors of the Company, "any past, present, or future . . . sales and customer information [and] customer and prospect lists."

### Genasys' Pricing Information

25.    Genasys carefully monitors the pricing of the Legitimate Genasys Products ("Pricing Information") and does not make such information publically available.

26.    The confidential nature of the Pricing Information allows Genasys to maintain its status as a leader in the AHD Industry by competitively pricing its market offering and the Pricing Information thereby holds significant independent value.

27.    In order to protect its Pricing Information, Genasys strategically and selectively discloses its prices and requires all employees as part of the Agreements to hold business and financial information relating to the products of the Company in strictest confidence and not to use, to publish, or to disclose such information to any person, firm or corporation without written authorization of Genasys' Board of Directors.

### Lopez' Work for Genasys

28.    Genasys hired Lopez in November 2003 and he eventually became Genasys' Vice President of Product Development, responsible for the development and improvement of Legitimate Genasys Products and, eventually, Lopez was listed as "Inventor" on a number of Genasys' U.S. Patents.

29.    In connection with his employment with Genasys, Lopez entered into the Agreements and assumed the confidentiality commitments referred to herein.

30.    During his employment with Genasys, Lopez participated in a number of Confidential Product Development meetings in which various design improvements were discussed, such as increasing the usability of the Legitimate Genasys Products through innovations such as implementing blue tooth capabilities

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

and increasing the power and audio output of the Legitimate Genasys Products ("Proposed Product Modifications").

31.    Lopez was intimately familiar with Genasys' Customer Network, Genasys' Pricing Information, and he was a recipient of substantial Confidential Client Data.

32.    For instance, on May 8, 2019, the United States Army held a programmatic review with Genasys in which the Army made a presentation to Genasys regarding the Army's use of the Legitimate Genasys Products and, in particular, the various vehicles and ships (referred to in the AHD Industry as "Platforms") on which the Legitimate Genasys Products are mounted.

33.    After the completion of the May 8, 2019 programmatic review, the Army provided a hard copy of certain slides shown in its presentation to Genasys that included Confidential Client Data.

34.    These slides were prepared specifically for and shared exclusively with Genasys ("Army Confidential Presentation Materials").

35.    The e-mail chain by which the Army transferred the Army Confidential Presentation Materials to Genasys provides the following instruction: "This communication may contain information that is confidential in nature and unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, kindly reply or call at the number above to alert us. Afterward, please delete this communication in its entirety."

36.    The Army Confidential Presentation Materials were carefully guarded by Genasys and the sharing of the Army Confidential Presentation Materials was extremely limited within Genasys.

37.    In his role as Vice President of Product Development, Lopez received a copy of the Army Confidential Presentation Materials.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

38.    Lopez eventually terminated his employment with Genasys in June 2019.

39.    Despite signing a certification stating that he had returned "all devices, records, data, notes, reports, proposals, lists, correspondence, specifications, drawings, blueprints, blue/redlines, sketches, materials, equipment, including, but not limited to a laptop computer, mobile phone, and keys, other documents or property, belonging to [Genasys,]" Lopez retained the Army Confidential Presentation Materials following his departure from Genasys and it is believed he also retained information related to Genasys' Pricing Information, Customer Network, Confidential Client Data, and other proprietary information of Genasys.

40.    The information conveyed in the Confidential Product Development Meetings, including the Proposed Product Modifications, the Confidential Client Data, including the Army Confidential Presentation Materials, the Customer Network, the Pricing Information, and other proprietary information that was received from Genasys constitutes protected information under the Agreements (the "Protected Information") and Lopez was not permitted to use, publish, or disclose the Protected Information without authorization.

### Naujok's Work for Genasys

41.    Genasys hired Naujok in June 2013 as its Vice President of Business Development – Pacific Rim, responsible for overseeing a substantial portion of the Customer Network.

42.    In connection with his employment with Genasys, Naujok entered into the Agreements and assumed the confidentiality commitments referred to herein.

43.    During his time at Genasys, Naujok became intimately familiar with Pricing Information, the Customer Network, Confidential Client Data, and other proprietary information of Genasys.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

44.    For instance, Naujok participated in a number of confidential product development meetings in which the Proposed Product Modifications were discussed.

45.    Naujok was employed by Genasys until October 2018.

46.    Following the termination of his employment with Genasys, Naujok continued to provide various consulting services for Genasys from October 2018 until May 2021 and during this period, continued to receive information regarding the Customer Network, Confidential Client Data, Proposed Product Modifications, and other proprietary information of Genasys.

**Vector Acoustics**

47.    In January 2020, Lopez formed Vector Acoustics in Delaware and registered Vector Acoustics to do business in California.

48.    As set forth on its website, Vector Acoustics describes its business as "Design and Manufacturing of Loudspeakers and Audio Systems for Challenging Applications" ("Vector Acoustic's Business").

49.    On information and belief, Naujok is currently assisting Lopez with respect to Vector Acoustic's Business.

50.    Much of Vector Acoustic's product offering with respect to Vector Acoustic's Business appears to be mere reproduction of Legitimate Genasys Products with the addition of the Proposed Product Modifications and/or superficial alterations ("Faux Genasys Products"), examples of which are provided as Exhibit B.

51.    In designing and manufacturing the Faux Genasys Products for Vector Acoustics, it is believed that Lopez and Naujok relied on Genasys' Confidential Client Data, including, but not limited to the Army Confidential Presentation Materials, and Proposed Product Modifications, as well as other proprietary information of Genasys.

52.    On information and belief, relying on Genasys' Customer Network, Vector Acoustics has contacted Genasys' Customers in various locations throughout the world and marketed the Faux Genasys Products using Genasys' Pricing

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Information and Confidential Client Data.

53. Lopez and Naujok prepared marketing materials ("Vector Acoustic's Marketing Materials") using Confidential Client Data, including the Army Confidential Presentation Materials.

54. For instance, Lopez and Naujok prepared a Power Point presentation in which they inserted the Army Confidential Presentation Materials that the Army had provided to Genasys in connection with its programmatic review. Vector Acoustics has shared this presentation with one or more of Genasys' international Customers.

55. Vector Acoustics has also been spreading misinformation regarding the Legitimate Genasys Products to one or more of Genasys' Customers including, for instance, suggesting that Genasys' patents on the Legitimate Genasys Products have expired.

56. Genasys will suffer irreparable harm at Defendants' hands unless Defendants are enjoined from utilizing Genasys' Confidential Client Data, Customer Network, Pricing Information, Proposed Product Modifications and other proprietary information ("Protected Information") in marketing and distributing the Faux Genasys Products. For instance, due to Defendants' decision to wrongfully use the Army Confidential Presentation Materials without authorization, Genasys faces irreparable damage to its Customer Network and the loss of confidence of the parties with which it does business. Likewise, Genasys faces potential irreparable market confusion from the distribution of the Faux Genasys Products.

**FIRST CLAIM FOR RELIEF**
**Breach of Contract**
**(Against Lopez)**

57. In bringing this first claim for relief, Genasys incorporates and reasserts all allegations set forth in this Complaint.

58. The Agreements signed by Lopez constitute valid contracts under California law.

59.    Genasys has fully performed all material obligations under the Agreements.

60.    Lopez and Naujok have breached the Agreements by, for example, using Protected Information in a manner that was not authorized by Genasys. This includes, but is not limited to, the use of Protected Information in the manufacturing, marketing, and sale of the Faux Genasys Products.

61.    On information and belief, Lopez and Naujok's breaches of their Agreements have resulted in damages in an amount to be established at trial.

62.    Unless the use and disclosure of the Protected Information is enjoined, Genasys will suffer irreparable harm as described above.

63.    Moreover, as set forth in the Agreements themselves, Genasys is entitled to injunctive relief, without the need to post a bond or other security, to prevent any further breaches by Lopez and Naujok.

**SECOND CLAIM FOR RELIEF**
**Breach of Contract**
**(Against Naujok)**

64.    In bringing this second claim for relief, Genasys incorporates and reasserts all allegations set forth in this Complaint.

65.    The Agreements signed by Naujok constitute valid contracts under California law.

66.    Genasys has fully performed all material obligations under the Agreements.

67.    Lopez and Naujok have breached the Agreements by, for example, using Protected Information in a manner that was not authorized by Genasys. This includes, but is not limited to, the use of Protected Information in the manufacturing, marketing, and sale of the Faux Genasys Products.

68.    On information and belief, Lopez and Naujok's breaches of their Agreements have resulted in damages in an amount to be established at trial.

69.    Unless the use and disclosure of the Protected Information is enjoined, Genasys will suffer irreparable harm as described above.

70.    Moreover, as set forth in the Agreements themselves, Genasys is entitled to injunctive relief, without the need to post a bond or other security, to prevent any further breaches by Lopez and Naujok.

**THIRD CLAIM FOR RELIEF**
**Violation of California's Uniform Trade Secrets Act**
**(Cal. Civ. Code § 3426 et seq.)**
**(Against All Defendants)**

71.    In bringing this third claim for relief, Genasys incorporates and reasserts all allegations set forth in this Complaint.

72.    The Protected Information, including, but not limited to, the Army Confidential Presentation Materials and additional Confidential Client Data, the Proposed Product Modifications, the Customer Network, and the Pricing Information each constitute trade secrets under California's Uniform Trade Secret Act (Cal. Civ. Code § 3426 et seq.) in that they are formulas, patterns, compilations, programs, devices, methods, techniques, or processes that derive independent economic value, actual or potential, from not being generally known to competitor or the public or to other persons who can obtain economic value from their disclosure or use; and were and are the subject of efforts by Genasys that are reasonable under the circumstances to maintain their secrecy.

73.    Genasys lawfully owns the Protected Information.

74.    Defendants misappropriated the Protected Information by acquiring, disclosing, or using the Protected Information through, for instance, using the Protected Information in the manufacturing, marketing, and sale of the Faux Genasys Products. This constitutes misappropriation of trade secrets prohibited under CUTSA.

75.    Defendants knew or should have known that the Protected Information constitutes valuable trade secrets of Genasys and that Defendants were under an

obligation at law and by virtue of the Agreements to maintain the confidentiality of such information and not to use it without Genasys' knowledge and consent, nor share it with third parties.

76.     Under Cal. Civ. Code Section 3426.2(a), actual or threatened misappropriation may be enjoined.

77.     On information and belief, Defendants' misappropriation of Genasys' Protected Information has proximately caused and resulted in damages in an amount to be established at trial.

78.     Genasys is entitled to a reasonable royalty on all sales of the Faux Genasys Products and disgorgement of Vector Acoustic's unjust enrichment pursuant to CUTSA.

79.     Defendants' misappropriation was willful, entitling Genasys to enhanced damages and attorneys' fees and expert witness costs.

80.     Unless the use and disclosure of the Protected Information is enjoined, Genasys will suffer irreparable harm as described above.

### FOURTH CLAIM FOR RELIEF
### Violation of the Defend Trade Secrets Act (18 U.S.C. § 1836, et seq.)
### (Against All Defendants)

81.     In bringing this fourth claim for relief, Genasys incorporates and reasserts all allegations set forth in this Complaint.

82.     The Protected Information, including, but not limited to, the Proposed Product Modifications, the Confidential Client Data, including the Army Confidential Presentation Materials, the Customer Network, and the Pricing Information each constitute trade secrets under the federal Defend Trade Secret Act (18 U.S.C. § 1836, et. seq.) in that they are financial, business, scientific, technical, economic, or engineering information, including patterns, plans, compilations, program devices, formulas, designs, prototypes, methods, techniques, processes, procedures, programs, or codes, whether tangible or intangible, and whether or how stored, compiled, or

memorialized physically, electronically, graphically, photographically, or in writing.

83.    The Legitimate Genasys Products and, on information and belief, the Faux Genasys Products are marketed and distributed in foreign or interstate commerce.

84.    As set forth above, Genasys has taken reasonable measures to keep the Protected Information secret and confidential.

85.    The Protected Information derive independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

86.    Defendants knew or should have known that the Protected Information were valuable trade secrets of Genasys and that Defendants were under an obligation at law and by virtue of the Agreements to maintain the confidentiality of such information and not to use it without Genasys' knowledge and consent, nor share it with third parties.

87.    Defendants misappropriated the Protected Information by acquiring, disclosing, or using the Protected Information through, for instance, using the Protected Information in the manufacturing, marketing, and sale of the Faux Genasys Products. This constitutes misappropriation of trade secrets prohibited under DTSA.

88.    Defendants knew or should have known that the Protected Information were valuable trade secrets of Genasys and that Defendants were under an obligation at law and by virtue of the Agreements to maintain the confidentiality of such information and not to use it without Genasys' knowledge and consent, nor share it with third parties.

89.    On information and belief, Defendants' misappropriation of Genasys' Protected Information has proximately caused and resulted in damages in an amount to be established at trial.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

90.     Genasys is entitled to a reasonable royalty on all sales of the Faux Genasys Products and disgorgement of Vector Acoustic's unjust enrichment.

91.     Defendants' misappropriation was willful, entitling Genasys to enhanced damages and attorneys' fees and expert witness costs.

92.     Defendants are aware of the benefit that they received from the Protected Information and have knowingly retained such benefit.

93.     Under the circumstances present here, it would be unjust to allow the Defendants to retain such benefit at Genasys' expense.

94.     Unless the use and disclosure of the Protected Information is enjoined, Genasys will suffer irreparable harm as described above.

**FIFTH CLAIM FOR RELIEF**
**Unjust Enrichment**
**(Against All Defendants)**

95.     In bringing this fifth claim for relief, Genasys incorporates and reasserts all allegations set forth in this Complaint.

96.     The Defendants have been wrongfully enriched through their use of the Protected Information in the manufacturing, marketing and sale of the Faux Genasys Products.

97.     Defendants are aware of the benefit that they received from the Protected Information and have knowingly retained such benefit.

98.     Under the circumstances present here, it would be unjust to allow the Defendants to retain such benefit at Genasys' expense.

**SIXTH CLAIM FOR RELIEF**
**Unfair Business Practices (California Bus. & Prof. Code § 17200, et seq.)**
**(Against All Defendants)**

99.     In bringing this sixth claim for relief, Genasys incorporates and reasserts all allegations set forth in this Complaint.

100.    In spreading misinformation regarding the Legitimate Genasys Products to various Customers including, for instance, suggesting that Genasys' patents on the

Legitimate Genasys Products have expired, and/or using and disclosing information conveyed in the Confidential Product Development Meetings, Proposed Product Modifications, Confidential Client Data, Army Confidential Presentation Materials, Customer Network, and Pricing Information in the manufacturing, marketing, and sale of the Faux Genasys Products, Defendants have engaged in acts that constitute unlawful, unfair, or fraudulent business practices.

101.   As a direct, proximate, and foreseeable result of Defendants' unfair business practices, Genasys has been damaged in an amount to be proven at trial.

102.   Unless the Defendants' unfair business practices are enjoined, Genasys will suffer irreparable harm as described above.

## PRAYER FOR RELIEF

WHEREFORE, Genasys seeks judgment against Defendants on this cause of action as follows:

A.   Both a temporary and permanent injunction preventing Defendants from using, publishing, or disclosing the Protected Information in Vector Acoustic's Business, or in any other way;

B.   To the extent allowed by either statute or common law, an award of damages equal to the economic harm that Genasys has suffered as a result of Defendants' use of the Protected Information to date, which amount will be determined at trial;

C.   Pre and Post Judgement Interest to the extent permitted by law;

D.   An award of attorneys' fees and costs to the extent permitted by law;

E.   Any further relief that the Court deems appropriate under the circumstances.

## <u>JURY TRIAL DEMANDED</u>

Plaintiff demands a jury trial on all issues so triable.

1    DATED this _1_ day of February, 2022.

2

3    _____

4    David W. Tufts, Esq. (SBN 180817)
     DENTONS DURHAM JONES PINEGAR P.C.
5    111 South Main Street, Suite 2400
     Salt Lake City, UT 84111
6    Telephone: (801) 415-3000
     Facsimile: (801) 415-3500
7
     Jae Kyun Park (SBN 234474)
8    DENTONS US LLP
     4655 Executive Dr Ste 700
9    San Diego, CA 92121
     Telephone: (619) 236-1414
10   Facsimile: (619) 232-8311

11   *Attorneys for Genasys Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

**<u>Exhibit A</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF



# LRAD 450XL
## The Loudest, Longest Range Midsize Acoustic Hailing Device



27in / 68.6cm

14.5in / 36.8cm

Dash Mount Control Module
(MP3 Player)

Record-on-the-fly
Microphone

## DIRECTIONALITY, POWER, & RANGE

› Powerful, intelligible voice communication up to 1,700 meters

› Focused, directional broadcasts for targeted communications

› Communicate safely beyond standoff distances

› Create instant acoustic standoff perimeter

› Variable beam width for extended coverage

## FEATURES

› Rugged, military tested construction

› Low power requirements

› All-weather use

› Scalable, lightweight, & portable

› Simple to operate: increased coverage with a single operator

› Safer alternative to non-lethal and kinetic measures

› HD camera (optional): Attachable camera and mount for recording video and audio during LRAD operation

## PRODUCT INFORMATION

| | |
|---|---|
| LRAD-450XL | LRAD 450XL manually operated, long range communication system with dash mounted MP3 control module |

## INCLUDED ACCESSORIES

| | |
|---|---|
| Control Module | Remote MP3 control module |
| Record-on-the-fly Mic | Microphone with record and playback feature for immediate playback |
| MP3 Auxiliary Cable | Allows connection to any audio device with a headphone jack |
| USB Cable | USB cable for downloading files to the MP3 player |
| Hearing Protection | Disposable hearing protection |
| Normalizer Software | Normalizer software for creating customized audio recordings on a PC |
| Tripod Adapter | Allows for mounting on optional tripod |
| Hard Case | Watertight, dust proof, rugged enclosure for storage and transport |

## OPTIONAL ACCESSORIES

| | |
|---|---|
| Wireless Kit | Wireless transmitter, receiver, and headset that allows remote use of LRAD systems over ranges up to 200 meters |
| HD Action Camera | During LRAD operation, record high definition, date/time stamped video and audio with this compact, rugged digital camera |
| Magnetic Mount Kit | Magnetic base and accompanying mounting yoke to secure the LRAD to metallic surfaces including vehicle roofs |
| Maxabeam Kit | 12 million candlepower in a lightweight, mounted searchlight that illuminates targets up to 3,500 meters away |
| Power Supply Module | External AC to DC power supply, 100-220 VAC to 28 VDC |
| Power Pack | Portable power pack with internal battery, charger, 24 VDC, 21 AH |
| Hitch Mount | Vehicle Mount - attaches to standard trailer hitch receiver (2 in/5.08cm) |
| GPK Mount | Mounts to Objective Gunner Protection Kit (OGPK) for vehicle mounted operations |
| Ship Rail Mount | Stainless steel rail mount |
| Table Mount | Flat surface mount |
| Medium Duty Tripod | Rugged lightweight tripod with optional hard transport and storage case |

## MARKETS SERVED

› Law Enforcement

› Defense

› Commercial Security

› Critical Infrastructure Security

› Maritime

› Homeland Security

› Fire Rescue & Incident Management

› Port & Border Security

› Emergency Warning

› Mass Communication

› Wildlife Preservation & Control

D00101 Rev. B



# LRAD 450XL
## *The Loudest, Longest Range Midsize Acoustic Hailing Device*

## LOW PROFILE, LONG RANGE COMMUNICATION SYSTEM

The LRAD 450XL utilizes technology developed and patented* by Genasys Inc. to provide the audio output of larger acoustic hailers almost twice its size and weight, while delivering the same outstanding vocal clarity inherent in all LRAD systems.

The LRAD 450XL broadcasts powerful warning tones to command attention to the highly intelligible voice messages that follow, enabling operators to change behavior and enhance response capabilities with safe, scalable escalation of force.

Lightweight and designed for use on tripods or mounted on vessels, vehicles, and Remote Weapon Stations (RWS), the LRAD 450XL is a highly effective, long range communication system in use around the world for public safety, law enforcement, maritime and defense applications.

*U.S. Patent No. 9,693,148



## ACOUSTIC PERFORMANCE

| | |
|---|---|
| Maximum Peak Output | 150 dB SPL @ 1 meter, C-weighted |
| Maximum Continuous Output | 145 dB SPL @ 1 meter, A-weighted |
| Sound Projection | +/- 15° @ 1 kHz / -3 dB |
| Communication Ranges | Maximum range up to 1,700 meters in ideal conditions. Operational range up to 500 meters over 88 dB of background noise. Ranges based on continuous output. |

## ENVIRONMENTAL PERFORMANCE

| | |
|---|---|
| Cold/Hot Operating Temperature | MIL-STD-810G, Method 501.5 & 502.5, Procedure II, -33° to 60° C |
| Cold/Hot Storage Temperature | MIL-STD-810G, Method 501.5 & 502.5, Procedure I, -40° to 70° C |
| Operating Humidity | MIL-STD-810G, Method 507.5, Procedure II, Aggravated Cycle |
| Rain | MIL-STD-810G, Method 506.5, Procedure I, Blowing Rain |
| Salt Fog | MIL-STD-810G, Method 509.5 |
| Shipboard Vibration | MIL-STD-167-1A |
| Random Vibration | MIL-STD-810G, Method 514.6, Wheeled Vehicles |
| Shipboard Shock | MIL-S-901D, Shipboard Shock, Class I, Shock grade B, Type A shock test |
| SRS Shock | MIL-STD-810G, Method 516.6, Procedure I, Functional shock |
| Safety | MIL-STD-1474D |

## MECHANICAL SPECIFICATIONS

| | |
|---|---|
| Dimensions | 14.5" H x 27" W x 11.6" D (36.8 cm x 68.6 cm x 29.5 cm) |
| Weight | 36.5 lbs. (16.6 kg) without accessories |
| Construction | Molded low smoke composite, 6061 aluminum, 316 stainless hardware |

## ELECTRICAL REQUIREMENTS

| | |
|---|---|
| Power Consumption | Normal Power Consumption for Voice Broadcasts: 55 Watts Normal Power Consumption for Alert Tone: 330 Watts |
| Power Input | 12-28 VDC |
| Electromagnetic Compatibility (EMC) | FCC Part 15 class A radiated emissions, CE |

### SCAN FOR VIDEO




## Genasys – The Critical Communications Company

Genasys is a global provider of critical communications systems and solutions to help keep people safe. Genasys systems are in service in 72 countries and in more than 450 U.S. cities in diverse applications, including public safety, emergency warning, mass notification, critical event management, defense, law enforcement, homeland security and many more.

For more information, visit genasys.com

   

LRAD products are available for purchase through multiple channels including: GSA Advantage, Federal and State grants, FEMA RKB Standardized Equipment List (SEL), and others. More information: sales@genasys.com



# SoundSaber-X 120

*The Industry's Premier Mass Notification Line Array*



52.4 IN
(133.0 CM)

7.8 IN
(19.8 CM)

## DIRECTIONALITY, POWER & RANGE

› Exceptional Vocal Clarity
› Narrow Vertical Dispersion Limits Ground and Wall Reflection
› .95 Speech Transmission Index

## FEATURES

› Next Generation Technology
› Rugged Enclosure Rated for Permanent Outdoor Installation
› Lightweight Line Array Loudspeaker
› Thin form factor enables unobtrusive installation
› Built for both indoor and outdoor environments

## MARKETS SERVED

› Emergency Communication
› Mass Notification
› Public Address
› Severe Weather Warning
› Urban Environments
› Large Facilities
› Campuses
› Stadiums



## ORDERING INFORMATION

| CATALOG NUMBER | PRODUCT INFORMATION |
| --- | --- |
| SS-X-120W-100V | 120 watt, 100 volt, 52.4 inch tall SoundSaber-X120 with transformer |

## OPTIONAL ACCESSORIES

| Pole Mounting Kit | Mounting brackets and hardware |
| --- | --- |



# SoundSaber-X 120
*The Industry's Premier Mass Notification Line Array*

## ADVANCED DRIVER TECHNOLOGY FOR SUPERIOR PUBLIC ADDRESS & EMERGENCY MASS NOTIFICATION

The SoundSaber-X 120 line array loudspeaker delivers general announcements and emergency notifications with industry-leading vocal intelligibility and speech clarity.

Superior driver technology ensures broadcasts are clearly heard and understood in high ambient noise environments.

The SoundSaber-X 120 received a Speech Transmission Index score of 0.95 on a 0-1 scale, considered excellent by the International Electrotechnical Commission.

The advanced line array loudspeaker alleviates reflections and echoes to provide uniform acoustic coverage with wide audio dispersion along the short axis and narrow dispersion along the long axis.

Compact, lightweight, and rugged, high-efficiency drivers provide greater audio output and superior intelligibility.

## MECHANICAL

| | |
|---|---|
| Height | 52.4 in (133.0 cm) |
| Width | 7.8 in (19.8 cm) |
| Depth | 9.4 in (23.8 cm) |
| Weight | 39.7 lb (18.0 kg) |
| Number of Drivers | 6 |

## ACOUSTIC

| | |
|---|---|
| Maximum SPL (1 m @ 3 kHz) | 120 W: 142 dBA<br>60 W: 139 dBA<br>30 W: 136 dBA |
| 70 dB Coverage Range | 120 W: 1100 m<br>60 W: 950 m<br>30 W: 560 m |
| Frequency Response | 400 Hz to 10 kHz (Optimized for Voice Messaging) |
| Audio Input | 100 V |
| Beam Width | Horizontal: 90° at 2 kHz<br>Vertical: 156° at 2 kHz |
| Intelligibility | 0.95 Speech Transmission Index |

## ENVIRONMENTAL

| | |
|---|---|
| Operating Temperature | -22° F to 140° F  (-30° C to 60° C) |






**Genasys – A Critical Communications Company**

Genasys Inc. is the global leader in Long Range Voice Broadcast systems and advanced Public Safety Notification and Emergency Warning solutions. The Company's LRAD systems are in service in 72 countries and in more than 450 U.S. cities, counties, and states in diverse applications, including public safety mass notification, law enforcement defense, border and homeland security, critical infrastructure protection, fire rescue and emergency management, maritime and port security, and wildlife control and preservation.

For more information, please visit: **genasys.com**

   

Genasys products are available for purchase through multiple channels including: GSA Advantage, Federal and State grants, FEMA RKB Standardized Equipment List (SEL), and others. More information: sales@genasys.com

**genasys.com**

TEL: 858-676-1112  |  +1 855 GENASYS  |  SALES@GENASYS.COM
16262 WEST BERNARDO DRIVE · SAN DIEGO, CA 92127  USA
SPECIFICATIONS SUBJECT TO CHANGE · ©2021 GENASYS INC.

D00128 Rev. B

**<u>Exhibit B</u>**

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

# VECTOR
## A C O U S T I C S

# Cyclone2
*Loud Hailing and Warning System*



The Cyclone2 is a powerful new compact Loud Hailing and Warning System used to project live or pre-recorded voice messages and alarms in a focused pattern over extremely long distances.

The system features industry leading performance in the voice spectrum, resulting in clearer and more consistent communication at longer distances. This next generation acoustic design can produce longer range performance with a lower system weight and power consumption.

The Cyclone2 form factor allows for easy mounting on vehicles, vessels or tripods for applications on land or sea. Integration into Remote Weapon Stations or similar multi-use systems offers added communication as an enhanced capability.

## TECHNICAL SPECIFICATIONS

| | |
|---|---|
| Max Sustainable Sound Pressure Level[1] | 147 dBA |
| Optimal Voice Sound Pressure Level[2] | 140 dBA |
| Maximum Range[3] | 1,800 m (5,900 ft) |
| Typical Range[4] | 800 m (2,625 ft) |
| Frequency Response: | 350 Hz to 7 kHz +/- 6 dB |
| Max Power: | 300 Watts RMS |
| Beam Width: | 35º at 2 kHz (Vertical) |
| | 40º at 2 kHz (Horizontal) |
| Front to Back Attenuation: | -35 dB |
| Dimensions (W x H X D): (Vertical Orientation) | 372 x 672 x 331 mm |
| | 14.6 x 26.5 x 13.0 in |
| Weight (Head Unit): | 17.0 kgs / 37.5 lbs |
| Hard Mounting Points: | Two attachment points for Vertical or Horizontal mounting |
| Accessory Mounting Points: | Two mounting points for attaching accessories |
| Materials of Construction: | Glass Fiber Composite, Aluminum and Stainless Steel |
| Power Input: | 24 – 28 VDC and 100 – 240 VAC, 50/60 Hz |

1. *Continuous operational SPL measured at peak frequency (2.5 kHz) at 4m and scaled to 1m.*
2. *Continuous operational SPL measured for voice performance (1 kHz) at 4m and scaled to 1m.*
3. *SPL of 82 dB at 1,800 meters (2.5 kHz frequency) under ideal conditions.*
4. *SPL of 82 dB at 800 meters (1.0 kHz frequency) under ideal conditions.*

*Copyright Vector Acoustics LLC, 2021*                    *Released AUG 20, 2021*

# Cyclone2

## Loud Hailing and Warning System

**VECTOR ACOUSTICS**

## Mechanical Dimensions (mm)



| STANDARD SYSTEM COMPONENTS | OPTIONAL SYSTEM COMPONENTS |
|---|---|
| Rugged Control Unit | Tablet Control Unit w Bluetooth |
| Control Unit Cable | Tripod |
| Power Cables (AC and DC) | Portable DC Power Supply |
| Microphone with Recording Capability | Magnetic Mount |
| Mounting Yoke Assembly | Ship Rail Mount |
| Soft Cover | Custom Mount (call for information) |
| Hard Copy Manual | High Powered Searchlight |
| Corrugated Box Packaging | Hard Case |
| Accessory Bag | |

### PERFORMANCE

**Designed to meet the following MIL-STD-810G Specifications**

| | |
|---|---|
| Operating Temperature | -33ºC to 60ºC (-27ºF to 140ºF) |
| Storage Temperature | -33ºC to 71ºC (-27ºF to 160ºF) |
| Rain | Method 506.5, Procedure I<br>Rain Rate: 1.7mm/min (4 in/hr)<br>Droplet Size: 0.5 – 4.5mm<br>Wind Velocity: 18m/s (40 mph) |
| Humidity | 95% Relative Humidity at 60ºC |
| Fog | Method 509.5 (5% Salt, +1% ) |
| Shock, Functional | Method 516.6, Procedure I |

**Other MIL-STD Specifications**

| | |
|---|---|
| Vibration, Shipboard | MIL-STD-167-1A,<br>Type I – Environmental Vibration |
| Vibration, Wheeled Vehicle | Method 514.6 |
| Shock, Gunfire | M249, M240, M2 and MK19 |
| Acoustic Noise Compliance | MIL-STD 1474D |
| Electromagnetic Compatibility | FCC Part 15 |
| Operational Life | 10 Years (with annual maintenance) |

CE

## Frequency Response at 300W
### *4m measurement scaled to 1m*



*Copyright Vector Acoustics LLC, 2021  specifications subject to change*     *Released AUG 20, 2021*



# LS-120
## *Line Source Loudspeaker for Public Alert Systems*



The LS-120 Line Source Loudspeaker from Vector Acoustics broadcasts loud and clear messages with superior sound quality and power. Spoken messages broadcast with the LS-120 are able to be clearly understood due to the LS-120's improved frequency response over the vocal range. The highly efficient design results in industry leading Sound Pressure Levels, for greater broadcast range without the need for higher powered amplifiers. The ruggedized enclosure with super durable architectural grade powdercoat finish makes the LS-120 ideal for permanent outdoor installation in all climatic conditions.

## Acoustic Performance

| | |
|---|---|
| Efficiency, 1kHz: | 117 dB (1W, 1m) |
| Maximum SPL | |
|     500 Hz: | 133 dB (120W, 1m) |
|     1 kHz: | 138 dB (120W, 1m) |
|     2 kHz: | 144 dB (120W, 1m) |

| | |
|---|---|
| Frequency response: | 400 Hz ~ 10 kHz (+/- 8 dB) |
| Beam width (approx.): | 110º Horiz., 15º Vert. (1 kHz) |
| Power handling: | 120W, 60W or 30W at 100V |
| Input impedance: | 83 Ohms at 120W |
| | 165 Ohms at 60W |
| | 330 Ohms at 30W |

## Environmental Performance

| | |
|---|---|
| Operating Temperature: | -30ºC ~ +60ºC |
| Wind: | 75 m/s |
| Ingress Protection: | IPX6 |
| Insects: | Insect screen |

## Mechanical

| | |
|---|---|
| Weight: | 18 kg |
| Dimensions: | 259 mm (W) |
| | 1402 mm (H) |
| | 245 mm (D) |
| Construction: | 5052-H32 aluminum |
| | corrosion resistant chemical |
| | conversion coating |
| | 300 series stainless steel hardware |
| Hazardous Substances: | RoHS compliant |
| Mounting: | M10 mounting studs |
| | with hardware |
| Electrical connection: | 2 meter wire leads |

*Copyright Vector Acoustics LLC, 2020  specifications subject to change*

# LS-120
*Line Source Loudspeaker*
*for Public Alert Systems*

**VECTOR**
A C O U S T I C S

## Polar Plots at 1 kHz



Horizontal

Vertical

## Frequency Response at 120W - scaled to 1m





4X M10-1.5
MOUNTING
STUDS

100V INPUT CABLE
LENGTH 2000mm ± 200mm
CONNECTIONS:
BLACK - COMMON
WHITE - 30 WATT
GREEN - 60 WATT
RED - 120 WATT

*Copyright Vector Acoustics LLC, 2020  specifications subject to change*