BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
ALISSA R. PLEAU-FULLER (SBN: 258907)
KATHRYN B. FOX (SBN: 279705)
655 West Broadway, Suite 1600
San Diego, CA 921101
Tel: 619.219.5335
Email: twarren@buchalter.com

Attorneys for Defendant MARCEL NAUJOK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENASYS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VECTOR ACOUSTICS, LLC, a Delaware limited liability company; HERNAN FREDERICK LOPEZ, an individual; MARCEL NAUJOK, an individual; and DOES 1 through 10,<br><br>Defendant. | Case No. 22-CV-152-TWR BLM<br><br>**NOTICE OF MOTION AND DEFENDANT MARCEL NAUJOK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT; AND REQUEST FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:      May 19, 2022<br>Time:      1:30 p.m.<br>Judge:     Hon. Todd. W. Robinson<br>Courtroom:    3A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on May 19, 2022, at 1:30 p.m., or as soon thereafter as the Court's schedule permits, before the Honorable Todd W. Robinson, in Courtroom 3A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101:

Defendant Marcel Naujok ("Defendant") will and hereby does move this Court for the following:

(1) for an Order dismissing Plaintiff Genasys Inc.'s ("Plaintiff") Complaint ("Complaint"), and each claim therein, pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

a. Plaintiff's Second Claim for Breach of Contract fails as a matter of law because Plaintiff has not adequately alleged the required elements for this cause of action;

b. Plaintiff's Third Claim for Violation of California's Uniform Trade Secrets Act (Cal. Civ. Code § 3426 *et seq.*) ("CUTSA") fails as a matter of law because Plaintiff has neither adequately alleged "ownership" nor misappropriation of a trade secret with sufficient particularity under CUTSA;

c. Plaintiff's Fourth Claim for Violation of the Defend Trade Secrets Act (18 U.S.C. § 1836, *et seq.*) ("DTSA") fails as a matter of law because Plaintiff has neither adequately alleged "ownership" nor misappropriation of a trade secret with sufficient particularity under the DTSA;

d. Plaintiff's Fifth Claim for Unjust Enrichment fails as no such claim exists and it is preempted by CUTSA; and

e. Plaintiff's Sixth Claim for Unfair Business Practices (California Bus. & Prof. Code § 17200, *et seq.*) is preempted under CUTSA, and fails to state a claim as Plaintiff does not allege facts sufficient to state a claim with the requisite specificity as to fraud and as to a claim for Unfair Business Practices.

(2) For an Order awarding Defendant its attorneys' fees and costs as the prevailing party, pursuant to California Code of Civil Procedure section 3426.4.

(3) In the alternative, if the Court is not inclined to grant Defendant's Motion to Dismiss, for an Order granting Defendant's Motion for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Alissa R. Pleau-Fuller, Request for Judicial Notice, the Complaint, any reply memorandum, the pleadings and files in this action, and such other matters as may be presented before the hearing.

## Conference of Counsel Statement of Compliance

Pursuant to the Court's Standing Order for Civil Cases, the undersigned certifies that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issue without involving the Court, but they have been unable to resolve the issues.

DATED: March 15, 2022        BUCHALTER, A Professional Corporation

By: ___/s/ Alissa R. Pleau-Fuller___
    Tracy A. Warren
    Alissa R. Pleau-Fuller
    Attorneys for Defendant
    MARCEL NAUJOK