BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
ALISSA R. PLEAU-FULLER (SBN: 258907)
KATHRYN B. FOX (SBN: 279705)
655 West Broadway, Suite 1600
San Diego, CA 921101
Tel: 619.219.5335
Email: twarren@buchalter.com

Attorneys for Defendant MARCEL NAUJOK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENASYS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VECTOR ACOUSTICS, LLC, a Delaware limited liability company; HERNAN FREDERICK LOPEZ, an individual; MARCEL NAUJOK, an individual; and DOES 1 through 10,<br><br>Defendant. | Case No. 22-CV-152-TWR BLM<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MARCEL NAUJOK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:   May 19, 2022<br>Time:   1:30 p.m.<br>Judge:  Hon. Todd. W. Robinson<br>Courtroom:  3A |

Defendant Marcel Naujok ("Defendant") hereby requests that this Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the existence and content of the below listed documents in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

## I.   Requests for Judicial Notice

1. Request No. 1 - Compilation of printouts of Genasys website pages, Exhibit A to Declaration of Alissa R. Pleau-Fuller ("Pleau-Fuller Decl."), which can be found at

2. Request No. 2 - Pricing printout for Genasys products on GSA's website at www.gsaadvantage.gov, which can be found at https://www.gsaadvantage.gov/advantage/ws/search/advantage_search?q=0:8Genasys&db=0&searchType=1, Exhibit B to the Pleau-Fuller Decl.

3. Request No. 3 - A document with Plaintiff's product specifications located on its publicly available website, Exhibit C to Pleau-Fuller Decl., which can be located at https://genasys.com/wp-content/uploads/2015/06/Datasheet_LRAD_450XL_170124.pdf/.

4. Request No. 4 – Printouts of website pages on the Genasys website, as located on a website archive site, which can be found at https://web.archive.org/web/20220126130433/https://genasys.com/where-to-buy/, Exhibit D to the Pleau-Fuller Decl.

## II.   Standard of Review and Judicial Notice

Federal Rules of Evidence, Rule 201 ("Rule 201") governs judicial notice of adjudicative facts. Rule 201(a) provides that:

> The court may judicially notice a fact that is not subject to reasonable dispute because it:
>
> (1) is generally known within the trial court's territorial jurisdiction; or
>
> (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

As for Request Nos. 1-4, the fact that the information is listed on certain websites is not subject to reasonable dispute because it is generally known within the trial court's territorial jurisdiction and can be accurately and readily verified by reference to official records maintained by the General Service Administration as well as on the internet.  See, e.g., *Lee v. City of Los Angeles,* 250 F.3d 668, 688 (9th Cir. 2001) [for the proposition that government publications and matters of public record are the proper subjects of judicial notice].  In addition, the documents are also available on Genasys's website and the GSA's website at indcated above.

### III. Conclusion

"The court: . . . (2) must take judicial notice if a party requests it and the court is supplied with the necessary information."  Fed.R.Evid. 201(c)(2).  Because this Court has been supplied with the necessary information as stated above, Defendant respectfully request the Court take judicial notice of Exhibits A through D attached to the Pleau-Fuller Decl., as specified in Request Nos. 1-4 above.

DATED:  March 15, 2022        BUCHALTER, A Professional Corporation


By:  /s/ Alissa R. Pleau-Fuller
Tracy A. Warren
Alissa R. Pleau-Fuller
Attorneys for Co-Defendant
MARCEL NAUJOK